Document # 2023000019307 BK: 21792 PG: 145
On 6/2/2023 at 9:47:53 AM
RECORDER OF DEEDS Alexandra Reed Baker
Sussex County
Consideration: $0.00
Doc Surcharge Paid

Tax Parcel Number: **334-11.00-37.00**

Prepared By and Return To:
Briana M. Knox
Assistant United States Attorney
1313 N. Market Street, Suite 400
Wilmington, DE 19801

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Criminal Action No. 23-35-UNA |
| v. | : | |
| | : | TITLE HELD IN THE NAMES OF: |
| CLIFTON GIBBS and | : | CLIFTON H. GIBBS and JOSEPH GIBBS |
| BROOKE WATERS, | : | |
| Defendants. | : | |

## NOTICE OF LIS PENDENS

Notice is hereby given of the commencement and pendency of the above entitled Criminal Action, by and through David C. Weiss, United States Attorney for the District of Delaware, and Briana M. Knox, Assistant United States Attorney for the District of Delaware, against the Defendants, CLIFTON GIBBS and BROOKE WATERS, by Indictment filed April 13, 2023, seeking the forfeiture of the Defendants' interest in the real property listed herein, to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 1594(d). The real property that is the subject of the action is commonly known as **32295 Jimtown Road, Lewes, Delaware 19958**, titled in the names of CLIFTON H. GIBBS and JOSEPH GIBBS, situate in Sussex County, parcel identification **334-11.00-37.00**, and more particularly described in Sussex County Clerk's Office in Book 03109, page 317, as follows:

> All That certain tract or parcel of land lying and being in Lewes and Rehoboth Hundred, Sussex County, Delaware, more particularly described as follows: Beginning at an iron pipe set in the northeastern right of way line for county Road 285 A, a corner for this lot and a lot currently being

Further information concerning this action may be obtained from the records of the Clerk of the Court for the United States District Court in Wilmington, Delaware.

Respectfully Submitted,

DAVID C. WEISS
United States Attorney

BY: _____
Briana M. Knox
Assistant United States Attorney

DATED this 17th day of May, 2023

The foregoing instrument was acknowledged before me this 17th day of May, 2023.

_____
NOTARY PUBLIC



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | Criminal Action No. 23-35-UNA |
| v. : | |
| : | TITLE HELD IN THE NAMES OF: |
| CLIFTON GIBBS, and : | CLIFTON H. GIBBS and JOSEPH GIBBS |
| BROOKE WATERS, : | |
| : | |
| Defendants. : | |

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the Government's Notice of Lis Pendens on the property commonly known as **32295 Jimtown Road, Lewes, Delaware 19958**, was sent via United States regular mail on this 17th day of May, 2023, to the following:

Clifton Gibbs
32287 Jimtown Road
Lewes, Delaware 19958

Eleni Kousoulis
Federal Public Defender's Office
800 N. King Street
Suite 200
Wilmington, DE 19801

Conor Wilson
Federal Public Defender's Office
800 N. King Street
Suite 200
Wilmington, DE 19801

Joseph Gibbs
7882 Pinehurst Drive
Spring Hill, Florida 34606

Brooke Waters
32287 Jimtown Road
Lewes, Delaware 19958

John S. Malik, Esquire
Law Offices of John S. Malik
100 E. 14th Street
Wilmington, DE 19801

Meghan Rutherford
FSA Paralegal III/Contractor

